UNITED STATES of AMERICA
EASTERN DISTRICT OF MICHIGAN

RICKEY BENTLEY *et al.*,

    Plaintiffs,                        DEMAND FOR JURY TRIAL

 -vs-                                        Case No. 10-11457
                                              Hon. Patrick J. Duggan

WELLS FARGO BANK, N.A.*,*

    Defendant.

## **STIPULATION TO DISMISS WELLS FARGO BANK, N.A. WITH PREJUDICE**

The parties to this stipulation agree that all claims against WELLS FARGO BANK, N.A. should be dismissed with prejudice and without costs, sanctions, or attorneys fees.

Stipulated to by:

| | |
|---|---|
| By:  s/ Adam G. Taub_____<br>Adam G. Taub (P48703)<br>ADAM G. TAUB & ASSOCIATES<br>CONSUMER LAW GROUP, PLC<br>Attorney for Rickey Bentley<br>18930 West Ten Mile Rd, Ste 2500<br>Southfield, MI 48075<br>(248) 746-3790<br>adamgtaub@clgplc.net | By:  s/Emily C Palacios<br>Emily C Palacios<br>Attorney for WELLS FARGO<br>BANK, N.A.<br>101 North Main Street, 7th Fl.<br>Ann Arbor, MI 48104<br>(734) 663-2445<br>palacios@millercanfield.com |

Dated: June 18, 2010

UNITED STATES of AMERICA
EASTERN DISTRICT OF MICHIGAN

RICKEY BENTLEY et al.,

      Plaintiffs,                           DEMAND FOR JURY TRIAL

-vs-                                        Case No. 10-11457
                                              Hon. Patrick J. Duggan

WELLS FARGO BANK, N.A.,

      Defendant.

## **ORDER DISMISSING WELLS FARGO BANK, N.A. WITH PREJUDICE**

Based on the stipulation of the parties, WELLS FARGO BANK, N.A. is hereby dismissed with prejudice and without costs, sanctions, or attorneys fees.

**SO ORDERED**.

                            S/Patrick J. Duggan
                            Patrick J. Duggan
                            United States District Judge

Dated: June 21, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 21, 2010, by electronic and/or ordinary mail.

                            S/Marilyn Orem
                            Case Manager